WINSETT v. THE STATE.

CRIMINAL LAW.—*Appeal to Supreme Court.*—*How and When.*—*Filing Transcript.*—An appeal to the supreme court by the defendant in a criminal prosecution is considered as taken on the day on which notice of such appeal is served on the proper officers, and the transcript of the record must be filed within thirty days thereafter or such appeal will be dismissed.

From the Wayne Circuit Court.

*S. A. Forkner*, for appellant.

*H. U. Johnson*, Prosecuting Attorney, and *C. A. Buskirk*, Attorney General, for the State.

NIBLACK, J.—The appellant was indicted for retailing spirituous liquor without a license, and was tried and convicted at the November term, A. D. 1876, of the court below.

On the 29th day of January, A. D. 1877, he served notices, severally, on the clerk of that court, and on the proper prosecuting attorney, of an appeal of the cause to this court.

On the 6th day of April, A. D. 1877, a transcript of the record in the cause was filed in this court.

The prosecuting attorney, on behalf of the appellee, moves to dismiss the appeal because, as he alleges, the transcript was not filed in this court within the time limited by law.

Our statute, providing for appeals in criminal causes, prescribes that, "The appeal must be taken within one year after the judgment is rendered, and the transcript must be filed within thirty days after the appeal is taken." 2 R. S. 1876, p. 411, sec. 151.

"An appeal is taken by the service of a notice upon the clerk of the court where the judgment was rendered, stating that the appellant appeals from the judgment. If taken by the defendant, a similar notice must be served upon the prosecuting attorney. * * *." *Id.*, sec. 152.

The appeal is considered as taken on the day on which notice of such appeal is served on the proper officers.

In this case, the transcript was not filed in this court within thirty days after the appeal was taken, and the motion will have to be sustained.

The appeal is dismissed, at the costs of the appellant.